R. Sam Hopkins, Chapter 7 Trustee
Correspondence email: samhopkins@qwestoffice.net
P.O. Box 3014
Pocatello, ID 83206-3014
Telephone: (208) 478-7978
FAX: (208) 478-7976

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| Tortel, Venita ) | |
| ) | Bankruptcy Case No: 12-40698 -JDP |
| ) | |
| Debtor(s) ) | |
| ) | Adversary Case No: _____ |
| R. Sam Hopkins, Trustee ) | |
| ) | |
| Plaintiff. ) | **COMPLAINT DENYING DISCHARGE** |
| ) | |
| vs. ) | |
| ) | |
| Tortel, Venita ) | |
| ) | |
| Defendant(s). ) | |

Plaintiff respectfully represents as follows:

I.

Plaintiff is the qualified and acting Trustee and the Defendant is the Debtor in

Bankruptcy Case No. 12-40698.

II.

This Court has jurisdiction in this case pursuant to 28 U.S.C. § 1334 § 157 and pursuant

to the Rules of this Court and the United States District Court for the District of Idaho. Venue is

proper pursuant to 28 U.S.C § 1409. This is a core proceeding under 28 U.S.C § 157.

III.

That during the pendency of the above proceeding, Defendant(s) was by Order of the Court

directed to file schedules and/or to file required lists or statements, including the Domestic Support Statement, Employee Income Records, Means Test Form 22a, Credit Counsel Certificate, Schedules A-J, Summary of Schedules, Statement of Intent, Statement. Of Financial Affairs, and the Statistical Summary (doc #33).

1V.

That Defendant(s) has failed to obey said orders despite demands by the Plaintiff.

V.

That Defendant(s) to date has not retained counsel and failed to appear at the 341 Meeting of Creditors, scheduled for 11/19/2014 at 09:00 am.

VI.

Said actions by the Defendant(s) constitute ground for Denial of Discharge of debts under 11. U.S.C. § 727.

VII.

Plaintiff has incurred and is incurring costs in the prosecution of this action.

WHEREFORE, Plaintiff prays for Judgment and Order of the Court as follows:

1. That the Court enters an Order denying the discharge of debts of Defendant(s).

2. For judgment against the Defendant(s) for Plaintiff's costs incurred in the prosecution of this action for $350.00.

3. For such other and further relief as to the Court seems just and equitable.

Dated: November 25, 2014              __/s/  R. Sam Hopkins_____
                                      R. Sam Hopkins, Trustee